JOHN R. GRAHAM, JR. *v.* ESTATE OF
EDWINA C. GRAHAM

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 251, is denied.

*Frederick W. Odell,* in support of the petition.

*Francis V. Manion,* in opposition.

Decided September 26, 1984

ROBERT J. HACKETT *v.* CITY OF NEW BRITAIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 225, is denied.

*Harold J. Geragosian,* in support of the petition.

*Joseph E. Skelly, Jr.,* in opposition.

Decided September 26, 1984

HANOVER HALL ET AL. *v.* PLANNING BOARD OF THE
CITY OF STAMFORD

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 49, is granted.

*Edward J. Frattaroli,* in support of the petition.

Decided September 26, 1984

JOHNNIE M. JACKSON *v.* DEBORAH S. JACKSON

The plaintiff's petition for certification for appeal from the Appellate Court, 2 Conn. App. 179, is denied.

*Lawrence P. Weisman,* in support of the petition.

*David S. Maclay,* in opposition.

Decided September 26, 1984